UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :

CHONGYONG CHEN,                          :

                                     :

                  Petitioner,       :                 26-CV-165 (JMF)

                                     :

        -v-                           :        MEMORANDUM OPINION

                                     :          AND ORDER

KENNETH GENALO, *Field Office Director of New York* :
*Immigration and Customs Enforcement*, et al.,     :

                                     :

                  Respondents.     :

                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Petitioner Chongyong Chen, who was detained by immigration authorities on or about

January 8, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.

By Order entered yesterday, the Court scheduled a conference for today, January 9, 2026, at 2:30

p.m., and directed the parties to submit a joint letter by today at 11:00 a.m. addressing, among

other things, whether there is any basis to distinguish this case from the Court's recent

immigration decisions, including *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF),

2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025), and *Khabazha v. U.S. Imm. & Customs*

*Enforcement*, No. 25-CV-5279 (JMF), 2025 WL 3281514, at *1 (S.D.N.Y. Nov. 25, 2025) (and,

if not, whether Respondents would consent to issuance of the writ — subject to preservation of

Respondents' arguments for appeal).  *See* ECF No. 4.

       To their credit, the parties filed their joint letter last night.  *See* ECF No. 6.  The letter

states that "the parties agree that scheduled conference and full briefing is not necessary in this

case given the Court's prior decision in *Guzman Cardenas*, and the Court can decide this matter

based on this submission."  *Id.* at 1.  More specifically, Respondents concede that "the facts of

this case appear to be materially indistinguishable from those in *Guzman Cardenas*" and that

"the Court's decision in *Guzman Cardenas* would control the result in this case if the Court

adheres to that decision." *Id.* at 2.  The Court does adhere to its decision in *Guzman Cardenas*.

Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights,

including the right to appeal," *id.*), the Petition for the writ of habeas corpus is GRANTED.

Accordingly, Respondents shall release Petitioner in this District — and file certification

thereof — by **6:00 p.m. TODAY**.

The Clerk of Court is directed to close this case.  The conference scheduled for today is

canceled as moot.

SO ORDERED.

Dated: January 9, 2026
      New York, New York

              JESSE M. FURMAN
            United States District Judge

2