**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CHONGYONG CHEN,

                               Petitioner,                    26 **CIVIL** 165 (JMF)

        -against-                                             **JUDGMENT**

KENNETH GENALO, Field Office Director of New
York Immigration and Customs Enforcement, et al.,

                               Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 9, 2026, the Petition for the

writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
            January 12, 2026


                                              **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**

                        **BY:**              K. mango
                                        _____
                                              **Deputy Clerk**